IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 JUN 29 PM 4: 27

| | | |
|---|---|---|
| ELICIA TRAYLOR, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br>　　　　PLAINTIFF,<br><br>V.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P. AND JOHN DOES 1-25,<br>　　　　DEFENDANTS. | §§§§§§§§§§ | CAUSE NO. 1:21-CV-168-LY |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. On June 28, 2021, the parties filed a Joint Stipulation of Dismissal With Prejudice (Doc. #9) which the court has reviewed and now approves. Accordingly,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of June, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE